IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-1-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**MARILEA RANS,**

        Defendant.

**ORDER**

Kane, J.

This matter is before the court on Defendant's Motion to Reconsider Remand Order (doc. #29), filed September 29, 2008. The motion is DENIED. However, it is

ORDERED that the U.S. Marshals shall use all possible means to expedite the approval necessary for Ms. Rans to receive the psychotropic medications prescribed to her before sentencing.

Dated this 29th day of September, 2008.

                                    BY THE COURT:

                                    *S/John L. Kane*
                                    John L. Kane, Senior Judge
                                    United States District Court